UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
UNITED STATES OF AMERICA,
                                                          :
          Plaintiff,
                                                          :       JUDGMENT OF FORFEITURE
          -v.-
                                                          :       20 Civ. 3123 (LJL)
$51,000,000 IN UNITED STATES CURRENCY
                                                          :
          Defendant-*in-rem*.
                                                          :

                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about April 20, 2020, the United States commenced an *in rem* forfeiture action by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint") seeking the forfeiture of $51,000,000 in United States Currency (the "Defendant-*in-rem*");

        WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on or about April 22, 2020, and continuing through May 21, 2020, and proof of such publication was filed with the Clerk of this Court on June 24, 2020 (D.E. 3);

        WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about April 20, 2020, Industrial Bank of Korea ("IBK") entered into a Deferred Prosecution Agreement (the "DPA") with the United States with respect to IBK's violation of the Currency and Foreign Transactions Reporting Act of 1970 (commonly known as the Bank Secrecy Act or "BSA"), Title 31, United States Code, Section 5311, *et seq.*, and, in connection with the DPA, consented to the forfeiture of the Defendant-*in-rem*, as proceeds of violations of the International Emergency Economic Powers Act ("IEEPA"), Title 50, United States Code, Section 1701 *et seq.*,

WHEREAS, Industrial Bank of Korea ("IBK") is the only person and/or entity known by the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

[THIS SPACE INTENTIONALLY LEFT BLANK]

3. The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
June 25, 2020

SO ORDERED:

THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE